ISIDORE NEUSTAEDTER and JOSEPH CUKOR, Appellants, *v.*
REUBEN WIENER, Respondent.

(Supreme Court, Appellate Term, February, 1908.)

Municipal Courts — Procedure — Submission of controversy upon facts admitted — Affidavit — Requisites.

Where a case is submitted upon an agreed statement of facts, the affidavit thereto required by section 241 of the Municipal Court Act (L. 1902, ch. 580) must be made by one or more of the parties; and where the affidavit is made by the attorney for the plaintiffs the court is without jurisdiction to render judgment.

APPEAL by the plaintiffs from a judgment in favor of the defendant, rendered in the Municipal Court of the city of New York, fourth district, borough of Manhattan.

Morris Cukor, for appellants.

Herman Roth, for respondent.

GILDERSLEEVE, J.   The pleadings in this case were verified. Upon the day of trial the case was submitted upon an agreed statement of facts.    The court below found for defendant.

Plaintiffs appeal.   Section 241 of the Municipal Court Act provides as follows: " When an action or summary proceeding has been commenced, according to the provisions of this act, upon its being reached for trial, the parties, being of full age, may agree upon a statement of the facts upon which the controversy depends, and may present a written submission thereof to the court.   Such statement *must* be accompanied with the affidavit of one or more of the *parties* to the effect that the controversy is real and that the submission is made in good faith for the purpose of determining the rights of the parties."   The affidavit in the case at bar is made by the attorney for the plaintiffs.   This renders the statement of facts insufficient (Bloomfield v. Ketcham, 95 N. Y. 657), and deprives the court of jurisdiction.   Pollock v. Platt, 49 Misc. Rep. 627; Weinstein v. Douglas, 51 id. 559; Lax v. Fourteenth Street Store, 49 id. 635.

SEABURY and GERARD, JJ., concur.

Judgment reversed, without costs, and a new trial ordered.